IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

INNOVAPORT, LLC,

    Plaintiff,

  v.                                                                                  Case No.  22-cv-425-wmc

TARGET CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Target Corporation dismissing this case.

| /s/ Deputy Clerk | February 7, 2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |